

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

FILED.

DATED: 1:25 pm, March 27, 2024

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KY'VON LOVE BERNARD PAYNE,<br><br>SEMAJ'E RIDGEWAY,<br><br>JAHOVA BELL,<br><br>and<br><br>LANELL BELLOWS,<br><br>Defendants. | Case No. 2:24-mj- 303-BNW<br><br>CRIMINAL COMPLAINT<br><br>VIOLATIONS:<br><br>Count One: 18 U.S.C. §§ 922(i) and 924(a)(2) – Transportation of Stolen Firearms<br><br>Count Two: 18 U.S.C. §§ 922(j) and 924(a)(2) – Possession of Stolen Firearms<br><br>Count Three: 18 U.S.C. § 933(a)(1) – Trafficking in Firearms<br><br>Count Four: 18 U.S.C. § 933(a)(2) – Trafficking in Firearms |

BEFORE the Honorable Brenda N. Weksler, United States Magistrate Judge, in Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

1

**COUNT ONE**
Transportation of Stolen Firearms
18 U.S.C. §§ 922(i) and 924(a)(2)

On or about March 25, 2024, in the State and Federal District of Nevada,

KY'VON LOVE BERNARD PAYNE,

defendant, knowingly transported and shipped in interstate commerce, from the State of California to the State of Nevada, stolen firearms, that is:

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

4

34. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

35. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

knowing and having reasonable cause to know the firearms were stolen, in violation of Title 18, United States Code, Sections 922(i) and 924(a)(2).

COUNT TWO<br>
Possession of Stolen Firearms<br>
18 U.S.C. §§ 922(j) and 924(a)(2)

On or about March 25, 2024, in the State and Federal District of Nevada,

KY'VON LOVE BERNARD PAYNE<br>
and<br>
SEMAJ'E RIDGEWAY,

defendants, knowingly possessed, received, concealed, and stored stolen firearms, that is:

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

34. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

35. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT THREE
Trafficking in Firearms
18 U.S.C. § 933(a)(1)

On or about March 25, 2024, in the State and Federal District of Nevada,

KY'VON LOVE BERNARD PAYNE
and
SEMAJ'E RIDGEWAY,

defendants, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, that is:

1. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

2. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

to JAHOVA BELL and LANELL BELLOWS in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by JAHOVA BELL and LANELL BELLOWS would constitute a felony, or did attempt or conspire to do so, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT FOUR
Trafficking in Firearms
18 U.S.C. § 933(a)(2)

Between on or about March 1, 2024, and on or about March 21, 2024, in the State and Federal District of Nevada and elsewhere,

JAHOVA BELL
and
LANELL BELLOWS,

defendants, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, that is:

　　1.　　a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

　　2.　　a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so, in violation of Title 18, United States Code, Section 933(a)(2).

## PROBABLE CAUSE AFFIDAVIT

　　1.　　Your Complainant, Erica Baasten, as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), states the following as and for probable cause:

2. Your Complainant is a Special Agent with the ATF and has been so employed since April 2021. Prior to ATF, your Complainant was a Deputy District Attorney (DDA) in the 20th Judicial District of Colorado, from 2011 to 2021. During your Complainant's tenure with ATF, your Complainant has investigated, among other things, violations of the federal firearms and narcotics laws, as well as crimes of violence and gang-related crimes. Your Complainant has participated in the execution of criminal arrests and have received training in, among other things, criminal procedure, search and seizure, firearms and narcotics investigations, and the identification and investigation of organized gangs. Your Complainant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. Your Complainant has been involved in an investigation which is the subject of this Affidavit. Due to your Complainant's personal participation in this investigation and reports made to your Complainant by other agents of the ATF, the Las Vegas Metropolitan Police Department (LVMPD), the North Las Vegas Police Department (NLVPD), and the San Diego County Sheriff's Department (SDSD), your Complainant is familiar with the facts and circumstances surrounding the investigation. Your Complainant 's training and experience as a Special Agent, including participation in this investigation, form the basis for opinions and conclusions set forth below. While your Complainant has participated in the below described investigation, your Complainant has not provided every fact known to her within this Complaint. Rather, your Complainant has included only those facts necessary to establish probable cause.

FACTS ESTABLISHING PROBABLE CAUSE

4. A joint investigation by the San Diego and Las Vegas ATF Field Offices has determined that in the early morning hours of March 25, 2024, four subjects burglarized Poway Weapons and Gear, a licensed gun dealer, also known as a Federal Firearm Licensee (FFL), located in Poway, California, stealing at least 78 stolen firearms. Those four subjects left the scene of the burglary with the firearms in a silver Chevrolet Equinox bearing a Nevada license plate. Transporting those stolen firearms, that silver Equinox travelled northward along Interstate 15 and crossed into Nevada at Primm. Ky'von Love Bernard PAYNE arrived that same day at 5016 Blue Rose Street in North Las Vegas, Nevada, in that silver Equinox with a duffle bag and suitcase that together contained at least 35 of the firearms stolen from Poway Weapons and Gear.

5. Semaj'e RIDGEWAY, who lived with others at 5016 Blue Rose, hosted PAYNE at his RIDGEWAY's residence. PAYNE arrived with two bags containing at least 35 of the firearms stolen from Poway Weapons and Gear. PAYNE took the bags into the residence and into the bedroom used by RIDGEWAY, where PAYNE and RIDGEWAY knowlingly stored and concealed those firearms, both of them knowing or having reasonable cause to believe the firearms were stolen. Jahova BELL and Lanell BELLOWS received two of the firearms from PAYNE, RIDGEWAY, and persons known and unknown that same day, with both BELL and BELLOWS knowing or having reasonable cause to believe the firearms were stolen and had been unlawfully transported across state lines, and thus that their receipt and possession of the firearms would constitute a felony.

6. PAYNE, RIDGEWAY, and persons known and unknown knew or had reasonable cause to believe the firearms they transferred to BELL and BELLOWS were

11

stolen and had been unlawfully transported across state lines, and thus knew or had reasonable cause to believe that BELL and BELLOWS receipt and possession of the firearms would constitute a felony.

7. Of the 78 firearms known to have been stolen from Poway Weapons and Gear, law enforcement agents have recovered 35. Two of the firearms were recovered from BELL and BELLOWS and 33 from the residence at 5016 Blue Rose in North Las Vegas, Nevada. At least 43 firearms stolen from Poway Weapons and Gear remain at large.

8. Because all 35 firearms charged in this Complaint were stolen in the State of California and recovered in the State of Nevada, each of the 35 has been shipped or transported in interstate commerce. None of the 35 firearms was manufactured in Nevada.

## ASPECTS OF THE INVESTIGATION

9. Early in the morning of March 25, 2024, shortly after 3:00 a.m., as captured on security video, two vehicles arrived in the parking lot of Poway Weapons and Gear, a licensed gun dealer, also known as a Federal Firearms Licensee (FFL), located at 13550 Danielson Road in Poway, California. Four subjects dressed in loose-fitting sweatpants, sweatshirts or jackets, face masks and gloves arrived in the two vehicles. One vehicle, a silver SUV, was parked in front of the business. The other vehicle, a stolen 2013 Hyundai Elantra, was rammed into the front entrance and roll up door of Poway Weapons and Gear.

10. The four subjects entered Poway Weapons and Gear through the broken doors. The subjects broke apart display cases and racks, shattering glass, and loaded at least 78 firearms into bags. Within 4 minutes, the subjects left the store, got into the silver

SUV with the stolen firearms and drove away. The subjects abandoned the Hyundai at the scene.

11. San Diego Sheriff's Department (SDSD) detectives determined that the Elantra had been stolen in Lake Elsinore, California. Accessing Automatic License Plate Reader data and imagery, SDSD detectives identified the stolen Elantra travelling southbound along Interstate 15 toward Poway at approximately 2:30 a.m. that morning. The ALPR imagery showed the Elantra was travelling with a silver SUV identical in appearance to the silver SUV captured on security video at the burglary. SDSD detectives were able to identify the vehicle, which bore a Nevada license plate, as a 2019 Chevrolet Equinox registered to a business in Henderson, Nevada as a loaner vehicle. ALPR data showed the Equinox travelling northbound away from Poway along Interstate 15 after the burglary, passing into Nevada at Primm, and arriving in North Las Vegas, Nevada by 7:54 a.m. that same day.

12. SDSD detectives contacted the business in Henderson, Nevada. The business reported the Equinox had been loaned to a customer Kenneth G. while the business worked on Kenneth G's vehicle. The business accessed recovery equipment on the Equinox, locating the vehicle at 5016 Blue Rose in North Las Vegas, Nevada. Responding to a SDSD request for assistance, Las Vegas Metropolitan Police Department (LVMPD) and North Las Vegas Police Department (NLVPD) established surveillance on the Equinox and the residence.

13. While agents and officers watched 5016 Blue Rose, a Toyota Prius with a Nevada license plate pulled up. Two males got out of the back seat, went inside 5016 Blue Rose, and emerged soon after. As both men ran back to the waiting Prius, one of the men clutched at the waistband of his pants. Both got back into the backseat of the Prius.

Officers followed the Prius as it drove away, stopping the Prius once it was well away from the residence. Officers discovered the vehicle was a commercial ride-share. Officers identified the men who had entered 5016 Blue Rose as Jahova BELL and Lanell BELLOWS. Officers searched the ride-share vehicle, finding two pistols on the backseat floorboard. The firearms were a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785, and a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310. Both pistols had been stolen from Poway Weapons and Gear that morning. In warned, recorded interviews, BELL and BELLOWS admitted that they had possessed the firearms and that they had concealed the firearms in their clothing. BELLOWS told officers that he got gun he had possessed at his friends house and described the firearm as brand new, like it came directly from a store, or words to that effect. BELL told officers that he carried the gun he had possessed for protection, and that he had acquired it on the street, or words to that effect.

14. Officers saw two males leave the residence, get into the Equinox, and drive away. A surveillance team followed the Equinox. The two men went to an FFL in Las Vegas where they bought magazines for several different types of firearms. The two men got back into the Equinox and began to travel back to 5016 Blue Rose. Officers stopped the Equinox before it reached the residence. Officers identified the two men as Ky'von Love Bernard PAYNE, who was the passenger, and Semaj'e RIDGEWAY, who was the driver. Kenneth G was not in the Equinox.

15. In a warned, recorded interview, RIDGEWAY told officers and agents that Kenneth had called RIDGEWAY to tell RIDGEWAY that Kenneth's friend, PAYNE, was coming to RIDGEWAY's residence and needed a place to stay. According to RIDGEWAY, PAYNE was going to pick up Kenneth after Kenneth got off work.

14

RIDGEWAY told officers that PAYNE had arrived 5016 Blue Rose that morning in the Equinox. Initially RIDGEWAY told officers that PAYNE brought nothing with him, but later told officers that PAYNE brought 2 bags with him into the house. Initially RIDGEWAY told officers that he did not know what was in the bags, but later RIDGEWAY told officers that he RIDGEWAY had asked PAYNE what was in the bags, and that PAYNE had told him guns. RIDGEWAY told officers that PAYNE told him RIDGEWAY that he PAYNE was going to sell the guns. RIDGEWAY told officers the bags containing the guns were in RIDGEWAY's room and closet at 5016 Blue Rose. RIDGEWAY told officers that he RIDGEWAY and PAYNE had gone to get food, and that PAYNE asked him to drive. RIDGEWAY told officers that he and PAYNE had returned to 5016 Blue Rose, but left again to go to a gun shop where PAYNE bought magazines for firearms. RIDGEWAY told officers PAYNE had planned to pick up Kenneth but they were stopped by law enforcement before they did so.

16. Officers searched the Equinox pursuant to a state search warrant. They found sweatshirts, sweatpants and gloves consistent with those worn by the subjects in the Poway Weapons and Gear burglary. On the driver seat of the Equinox, officers found a tag reading "Glock Perfection 26 9MM $599.99" and "PWG Range."

17. Officers obtained a search warrant for 5016 Blue Rose. Executing that search warrant, officers found 33 firearms inside the residence that had been stolen from Poway Weapons and Gear in Poway, California that morning. The 33 firearms found in 5016 Blue Rose that had been stolen from Poway Weapons and Gear that morning were:

a. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

15

b. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

c. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

d. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

e. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

f. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

g. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

h. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

i. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

j. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

k. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

l. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

m. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

        n.      a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

        o.      a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

        p.      a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

        q.      a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

        r.      an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

        s.      a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

        t.      a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

        u.      an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

        v.      an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

        w.      an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

        x.      an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

        y.      a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

1         z.      a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol
2 bearing serial number JRV0290;

3         aa.     a Glock model G27 .40 S&W semiautomatic pistol bearing serial
4 number BYWM328;

5         bb.     a Glock model G43X 9x19mm semiautomatic pistol bearing serial
6 number CAPW794;

7         cc.     a Glock model G48 9x19mm semiautomatic pistol bearing serial
8 number BWVW032;

9         dd.     a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol
10 bearing serial number 350154380;

11         ee.     a Glock model G27 .40 S&W semiautomatic pistol bearing serial
12 number BXSL317;

13         ff.     a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic
14 pistol bearing serial number 381039929; and

15         gg.     a Glock model G26 9x19mm semiautomatic pistol bearing serial
16 number CBLG366.

17     18.    Most of the 33 firearms were located in the two bags in RIDGEWAY's room.
18 Several of the firearms had large-capacity magazines seated in the firearms or stored nearby.
19 One bag contained 11 tags with "PWG" markings, marks used by Poway Weapons and
20 Gear. Officers and agents found 15 wall-display rack hooks of the type used by Poway
21 Weapons and Gear to display their guns in RIDGEWAY's room near one of the bags.
22 More PWG tags were found in trash in the yard of 5016 Blue Rose. Several other persons
23 were found in the residence when the search warrant was executed.

24

19. Based upon evidence developed during the course of this investigation, ATF agents made a probable cause arrest of PAYNE on March 25, 2024.

20. This is an ongoing investigation.

## CONCLUSION

21. Based upon the information set forth in this application, your Complainant respectfully submits that there is probable cause to believe that:

    a. Ky'von Love Bernard PAYNE violated 18 U.S.C. §§ 922(i) and 924(a)(2), Transportation of Stolen Firearms; 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of Stolen Firearms; and 18 U.S.C. § 933(a)(1), Trafficking in Firearms;

    b. Semaj'e RIDGEWAY violated 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of Stolen Firearms; and 18 U.S.C. § 933(a)(1), Trafficking in Firearms;

    c. Jahova BELL and Lanell BELLOWS violated 18 U.S.C. § 933(a)(2), Trafficking in Firearms, as described above.

Respectfully Submitted,

_____
Special Agent Erica Baasten
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March __26__, 2024.

_____
THE HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE