JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KY'VON LOVE BERNARD PAYNE,<br><br>SEMAJ'E RIDGEWAY,<br><br>JAHOVA BELL,<br><br>and<br><br>LANELL BELLOWS,<br><br>Defendants. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-0075-JAD-DJA<br><br><u>VIOLATIONS:</u><br><br><u>Count One</u>: 18 U.S.C. §§ 922(I) and 924(a)(2) – Transportation of Stolen Firearms<br><br><u>Count Two</u>: 18 U.S.C. §§ 922(j) and 924(a)(2) – Possession of Stolen Firearms<br><br><u>Count Three</u>: 18 U.S.C. § 933(a)(1) – Trafficking in Firearms<br><br><u>Count Four</u>: 18 U.S.C. § 933(a)(2) – Trafficking in Firearms |

**THE GRAND JURY CHARGES THAT:**

1

## COUNT ONE
*Transportation of Stolen Firearms*
18 U.S.C. §§ 922(i) and 924(a)(2)

On or about March 25, 2024, in the State and Federal District of Nevada,

**KY'VON LOVE BERNARD PAYNE,**

defendant herein, knowingly transported and shipped in interstate commerce, from the State of California to the State of Nevada, stolen firearms, that is:

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

1      34.    a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

3      35.    a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

knowing and having reasonable cause to know the firearms were stolen, in violation of Title 18, United States Code, Sections 922(i) and 924(a)(2).

## COUNT TWO
*Possession of Stolen Firearms*
18 U.S.C. §§ 922(j) and 924(a)(2)

On or about March 25, 2024, in the State and Federal District of Nevada,

**KY'VON LOVE BERNARD PAYNE**
and
**SEMAJ'E RIDGEWAY,**

defendants herein, knowingly possessed, received, concealed, and stored stolen firearms, that is:

    1.    a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

    2.    a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

    3.    a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

    4.    a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

    5.    a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

34. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

35. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT THREE
*Trafficking in Firearms*
18 U.S.C. § 933(a)(1)

On or about March 25, 2024, in the State and Federal District of Nevada,

**KY'VON LOVE BERNARD PAYNE**
and
**SEMAJ'E RIDGEWAY,**

defendants herein, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, that is:

1. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

    2.    a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

to JAHOVA BELL and LANELL BELLOWS in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by JAHOVA BELL and LANELL BELLOWS would constitute a felony, or did attempt or conspire to do so, in violation of Title 18, United States Code, Section 933(a)(1).

**COUNT FOUR**
*Trafficking in Firearms*
18 U.S.C. § 933(a)(2)

Between on or about March 1, 2024, and on or about March 21, 2024, in the State and Federal District of Nevada and elsewhere,

**JAHOVA BELL**
**and**
**LANELL BELLOWS,**

defendants herein, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, that is:

    1.    a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

    2.    a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310,

knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so, in violation of Title 18, United States Code, Section 933(a)(2).

## FORFEITURE ALLEGATION ONE
*Transportation of Stolen Firearms, Possession of Stolen Firearms,*
*and Trafficking in Firearms*

1. The allegations of Counts One through Four of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One through Four of this Criminal Indictment,

**KY'VON LOVE BERNARD PAYNE**
**SEMAJ'E RIDGEWAY,**
**JAHOVA BELL,**
**and**
**LANELL BELLOWS,**

defendants herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 922(i), 922(j), 933(a)(1), and 933(a)(2):

For Counts One and Two:

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

34. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785;

35. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310; and

36. any and all compatible ammunition.

For Counts Three and Four:

1. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785;

2. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310; and

3. any and all compatible ammunition.

All under 18 U.S.C. §§ 922(i), 922(j), 933(a)(1), and 933(a)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

# FORFEITURE ALLEGATION TWO
*Transportation of Stolen Firearms, Possession of Stolen Firearms, and Trafficking in Firearms*

1. The allegations of Counts One through Four of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One through Four of this Criminal Indictment,

**KY'VON LOVE BERNARD PAYNE**
**SEMAJ'E RIDGEWAY,**
**JAHOVA BELL,**
**and**
**LANELL BELLOWS,**

defendants herein, shall forfeit to the United States of America, any firearm or ammunition intended to be used in violation of 18 U.S.C. § 922(i) and 922(j):

defendants herein, shall forfeit to the United States of America, any firearm or ammunition intended to be used in violation of 18 U.S.C. § 933(a)(1) and 933(a)(2):

For Counts One and Two:

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 S&W semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

34. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785;

35. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310; and

36. any and all compatible ammunition.

For Counts Three and Four:

1. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785;

2. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310; and

3. any and all compatible ammunition.

1  All under 18 U.S.C. §§ 922(i), 922(j), 933(a)(1), and 933(a)(2); 18 U.S.C. § 924(d)(1),
2  (2)(C), and (3)(E) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G)
3  with 28 U.S.C. § 2461(c).

4  **DATED:** this 9th day of April, 2024.

5  **A TRUE BILL:**

                                             /S/
                                FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney