**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-075-JAD-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| KY'VON LOVE BERNARD PAYNE, | |
| Defendant. | |

This Court finds Ky'von Love Bernard Payne pled guilty to Counts Two and Three of a Four-Count Criminal Indictment charging him in Count Two with possession of stolen firearms in violation of 18 U.S.C. § 922(j) and in Count Three with trafficking in firearms in violation of 18 U.S.C. § 933(a)(1). Criminal Indictment, ECF No. 33; Change of Plea, ECF No. 118; Plea Agreement, ECF No. 119.

This Court finds Ky'von Love Bernard Payne agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 33; Change of Plea, ECF No. 118; Plea Agreement, ECF No. 119.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offenses to which Ky'von Love Bernard Payne pled guilty.

The following property is (1) any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 922(j) and 933(a)(1); (2) any firearm or ammunition intended to be used in violation of 18 U.S.C. § 922(j); and (3) any firearm or ammunition intended to be used in violation of 18 U.S.C. § 933(a)(1) and is subject to forfeiture under 18

U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c):

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8. a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9. a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11. a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12. a Glock model G23 .40 semiautomatic pistol bearing serial number CAKL550;

13. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

2

14. a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15. a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16. a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18. an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19. a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28.   a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29.   a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30.   a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31.   a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32.   a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33.   a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

34.   a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785;

35.   a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310; and

36.   any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Ky'von Love Bernard Payne in

/ / /

4

the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, within thirty (30) days of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Assistant United States Attorney of the United States Attorney's Office, to the attention of Asset Forfeiture, at the following address at the time of filing:

Daniel J. Cowhig, Assistant United States Attorney
Attn: Asset Forfeiture
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED February 11, 2026.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE