**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KY'VON LOVE BERNARD PAYNE,

Defendant.

Case No. 2:24-cr-00075-JAD-DJA

<u>ORDER</u>

IT IS THEREFORE ORDERED that the sentencing currently scheduled for May 13, 2026, at the hour of 11:00 a.m., be vacated and continued to June 18, 2026, at the hour of 10:00 a.m.

DATED this 6th day of March 2026.

_____
UNITED STATES DISTRICT JUDGE

3