**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-075-JAD-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| KY'VON LOVE BERNARD PAYNE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Ky'von Love Bernard Payne to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Ky'von Love Bernard Payne pled guilty. Criminal Indictment, ECF No. 33; Change of Plea, ECF No. 118; Plea Agreement, ECF No. 119; Preliminary Order of Forfeiture, ECF No. 120.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 18, 2026, through March 19, 2026, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 145.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 148.

On March 18, 2026, the United States Attorney's Office attempted to serve Damian Smith at Clancy St with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 3, 7-16, 18-22.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Damian Smith at Whitney Ranch Dr. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 3, 7-16, 23-26.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Jaylynn Ridgeway at Blue Rose St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 3, 7-16, 27-30.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Jaylynn Ridgeway at Casa Antiqua St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 3, 7-16, 31-34.

On March 18, 2026, the United States Attorney's Office served Jaylynn Ridgeway at Tree Swing Ave. with copies of the Preliminary Order of Forfeiture and the Notice through

/ / /

regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 3, 7-16, 35-37.

On March 18, 2026, the United States Attorney's Office served John Phillips at Danielson St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 3, 7-16, 38-40.

On March 18, 2026, the United States Attorney's Office served Kenneth Gilmore at Irish Elk Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 41-44.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Myles Dickens at Port Vincent Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted – not known and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 45-48.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Nina Lavette Wiliams at Crystal Chimes Dr. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 49-52.

On March 18, 2026, the United States Attorney's Office served Nina Lavette Williams at Sun Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 53-55.

On March 18, 2026, the United States Attorney's Office served Nina Lavette Wiliams at Walnut Ave. with copies of the Preliminary Order of Forfeiture and the Notice

through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 56-59.

On March 18, 2026, the United States Attorney's Office served Poway Weapons and Gear, INC, c/o John Phillips, Registered Agent, at Danielson St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 60-62.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Poway Weapons and Gear, INC, c/o John Phillips, at Rio Rancho with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 63-66.

On March 18, 2026, the United States Attorney's Office served Poway Weapons and Gear, PWG Range, at Danielson St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 4, 7-16, 67-69.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Trevor Sonday at Lusterleaf Dr. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail notice was left with no authorized recipient available and returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 5, 7-16, 70-73.

On March 18, 2026, the United States Attorney's Office served and attempted to serve Wilbert Williams at Tree Swing Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as not deliverable as addressed and unable to forward. The

/ / /

regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 148-1, p. 5, 7-16, 74-77.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Century Arms, Inc. model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7143359;

2. a Glock model G20 10mm Auto semiautomatic pistol bearing serial number CAKD137;

3. a Sturm, Ruger & Co. model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 641-81297;

4. a Glock model G47 9x19mm semiautomatic pistol bearing serial number CAME579;

5. a Kahr Arms / Magnum Research model BFR .45-70 Government revolver bearing serial number BR06043;

6. a Glock model G48 9x19mm semiautomatic pistol bearing serial number CAFP093;

7. an FN Herstal model Five-seven 5.7x28mm semiautomatic pistol bearing serial number 386431999;

8.    a Glock model G45 9x19mm semiautomatic pistol bearing serial number CBFY309;

9.    a Glock model G19X 9x19mm semiautomatic pistol bearing serial number BZUV103;

10.   a Glock model G34 9x19mm semiautomatic pistol bearing serial number BZCY267;

11.   a Glock model G34 9x19mm semiautomatic pistol bearing serial number BYNV045;

12.   a Glock model G23 .40 semiautomatic pistol bearing serial number CAKL550;

13.   an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB465672;

14.   a SIG Sauer model P229 Elite 9x19mm semiautomatic pistol bearing serial number 55G031165;

15.   a Glock model G35 .40 S&W semiautomatic pistol bearing serial number BXUZ189;

16.   a Bersa model Thunder 380 ACP semiautomatic pistol bearing serial number C95407;

17.   a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350151583;

18.   an FN Herstal model FN 509 CC Edge 9x19mm semiautomatic pistol bearing serial number GKS0308404;

19.   a Bersa model Firestorm 380 ACP semiautomatic pistol bearing serial number M44240;

20.   a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV3864;

21.   an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB563068;

6

22. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BE196190;

23. an HS Produkt / Springfield Armory model XDM Elite 9x19mm semiautomatic pistol bearing serial number BE417093;

24. an HS Produkt / Springfield Armory model XD9 9x19mm semiautomatic pistol bearing serial number BB404550;

25. a Glock model G43 9x19mm semiautomatic pistol bearing serial number BEWG670;

26. a Smith & Wesson model M&P Shield 9x19mm semiautomatic pistol bearing serial number JRV0290;

27. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BYWM328;

28. a Glock model G43X 9x19mm semiautomatic pistol bearing serial number CAPW794;

29. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BWVW032;

30. a Sturm, Ruger & Co. model Max 9 9x19mm semiautomatic pistol bearing serial number 350154380;

31. a Glock model G27 .40 S&W semiautomatic pistol bearing serial number BXSL317;

32. a Sturm, Ruger & Co. model LCP2 .22 Long Rifle semiautomatic pistol bearing serial number 381039929;

33. a Glock model G26 9x19mm semiautomatic pistol bearing serial number CBLG366;

34. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785;

35. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310; and

36.    any and all compatible ammunition (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Ky'von Love Bernard Payne and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED June 18, 2026.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

8